PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY WRIGHT, | ) | |
| | ) | CASE NO.  5:26CV0482 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NATIONAL IAM BENEFIT TRUST FUND | ) | |
| BOARD OF TRUSTEES, | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | [Resolving ECF Nos. 6 and 7] |

Pending is Defendant National IAM Benefit Trust Fund Board of Trustees' ("the "Board") Consent Motion to Transfer Venue (ECF No. 6).  Also pending is the Board's Consent Motion for Extension of Time to File Responsive Pleading and to Adjourn Telephonic Case Management Conference and Related Deadlines (ECF No. 7).  The Board's responsive pleading is due May 4, 2026, but it requests an extension out of an abundance of caution.  *See* ECF No. 7 at PahgeID #: 7 at PageID #: 91 n. 1.  The Court has been advised, having reviewed the record, the motions, and the applicable law.

The Complaint (ECF No. 1) alleges the Board wrongfully denied Plaintiff Henry Wright short-term disability ("STD") benefits under the governing documents of the National IAM Benefit Trust Fund.  The Summary Plan Description ("SPD") for the National IAM Benefit Trust Fund (ECF No. 6-1) governs STD benefits such as those at issue in this case.  The forum selection clause in the SPD for the National IAM Benefit Trust Fund provides, in relevant part,

(5:26CV0482)

that "[a]ny action concerning a claim for benefits must be brought in the federal district court for the District of Columbia."  ECF No. 6-1 at PageID #: 80.

For the reasons that have been articulated in the memorandum providing the points and authorities on which Defendant relies in support of its Consent Motion to Transfer Venue, ECF No. 6 is granted.  This case is transferred for all further proceedings to the United States District Court for the District of Columbia.

The Telephonic Case Management Conference set before the undersigned on May 18, 2026 is cancelled.

Additionally, such a transfer makes moot the Board's Consent Motion for Extension of Time to File Responsive Pleading and to Adjourn Telephonic Case Management Conference Related Deadlines (ECF No. 7).


IT IS SO ORDERED.


  March 31, 2026     /s/ Benita Y. Pearson
Date     Benita Y. Pearson
     United States District Judge

2